In THE United States District Court
Eastern District of Arkansas
Pine Bluff, Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 0 2 1998
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Ronald L. Chelette
V.
Grant Harris Et Al

NO. PB-C-98-049

~~Motion~~ To Objection To Defendants Motion To Dismiss

Comes Now, Plaintiff, Ronald L. Chelette, seek relief in this Court. to Motion To object To Defendants Motion To Dismiss. That Due to Rules And Policy he had follow Procedure That's Accepted to file his 1983 complaint. That Administative. Remedies of Grievances is not are-Able on a incident of a deci splinary. And I follow the Procedure of desplinary And it shows I was assaulted And taken to infirmary where it was showed my wrist was damages And After I never got medical Attention other than a ice pack which Ms. Turntine, Ms. Reeves, Brenda Spears. which Brenda Spears have letter from me notifying her of this fracure wrisk. I was deny ex-Ray for over 5 months And Dr. Crawford seen me stated it was broken. Grant Harris had knowledge And reversed desplinary to Attached And where I Appeal And follow procedure. But I'm alot school in law, and I took the procedure I was told to take due to decisplinary betws involve And incident's where I got hurt At And were take to infirmary by CO-I Reed And other official who no of this. I have Attached verify proof And Exhabits to prove this. I seeked help An medical Attention of that injury which is noted And Acc-knowledge thru this desplinary procedure due to it setting Reversed shows I never did nor Assaulted Anyone. I was injury And staff or No-one helped me After my wrist was broken. I layed months suffer- ing And pain with a wrist big as a Baseball. I pray that this case is accepted And not dismiss due to me follow descisplinary procedure And filo in civil Action that I have a Right to. Verify documents Attached.

R. Chelette

Subscribed And Sworn to before me this 25th day of May 1998.

1-30-2005
Commission Exp

Official Seal
James D. Ashcraft
Notary Public, Arkansas
Jefferson County
My Commission Expires
1-30-2005

A. D. Ashcraft
Notary Public

15



J. CARVEN #109686
JCJICF
7306 W. 7th St.
Pine Bluff, Ark.
71603

Clerk, United States District Court...

FILE COPY

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Post Office & Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

vjt

June 2, 1998

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re: 5:98-cv-00049.

True and correct copies of the attached were mailed by the clerk to the following:

Alan R. Humphries, Esq.
Humphries & Lewis
918 West Fifth Avenue
Post Office Box 9068
Pine Bluff, AR   71611-9068

Clementine Infante, Esq.
Arkansas Attorney General's Office
Catlett-Prien Tower Building
323 Center Street
Suite 200
Little Rock, AR   72201-2610

Date: 6/2/98

James W. McCormack, Clerk

BY: Vicki Turner